# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5202**

**September Term, 2024**

**1:25-cv-01248-RC**

**Filed On: June 2, 2025**

Learning Resources, Inc. and hand2mind,
Inc.,

      Appellees

    v.

Donald J. Trump, President of the United
States, in his official capacity, et al.,

      Appellants


    **BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an administrative stay, it is

**ORDERED** that appellees file a response to the motion by 5:00 p.m. on Wednesday, June 4, 2025. Any reply is due by 5:00 p.m. on Friday, June 6, 2025.

### Per Curiam

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

    BY:    /s/
           Laura M. Morgan
           Deputy Clerk